UNITED STATES COURT OF INTERNATIONAL TRADE

| | | | |
|---|---|---|---|
| DSM NUTRITIONAL PRODUCTS, INC., | : | | |
| | : | | |
| | : | Court Nos. | 12-00144; 12-00334 |
| Plaintiff, | : | | 12-00357; 13-00129 |
| | : | | 13-00286; 14-00031 |
| v. | : | | 14-00161; 14-00305 |
| | : | | 15-00155; 15-00302 |
| UNITED STATES, | : | | 16-00078; 16-00256 |
| | : | | 17-00074; 17-00075 |
| Defendant. | : | | 17-00239 |
| | : | | |

**NOTICE REGARDING RETURN OF PROTESTS AND ENTRIES**

The Court entered stipulated judgments on agreed statement of facts in these actions on October 28, 2021. Pursuant to 19 U.S.C. § 1514(a), "[w]hen a judgment or order of the United States Court of International Trade has become final, the papers transmitted shall be returned, together with a copy of the judgment or order to the Customs Service, which shall take action accordingly."

As a matter of practice, the Court on its own initiative typically returns entry papers for processing to the ports where the entries were filed. However, in these cases, we have been informed that U.S. Customs and Border Protection (CBP) personnel assigned to the relevant Center of Excellence and Expertise will process the papers at issue in these actions. We therefore respectfully request that the Court return all protests and entries in these actions, along with a copy of the Judgment Order, to CBP addressed as follows:

U.S. Customs and Border Protection
8337 NE Alderwood Road
Portland, OR 97220
Attn: Import Specialist Olga Konshina

We remain at the Court's disposal to furnish any additional information that it may require.

                                                  Respectfully submitted,

                                                  BRIAN M. BOYNTON
                                                  Acting Assistant Attorney General

                                                  JEANNE E. DAVIDSON
                                                  Director

                                                  <u>/s/ Justin R. Miller</u>
                                                  JUSTIN R. MILLER
                                                  Attorney-in-Charge
                                                  International Trade Field Office

                                                  <u>/s/ Alexander Vanderweide</u>
                                                  ALEXANDER VANDERWEIDE
                                                  Senior Trial Attorney
                                                  Department of Justice, Civil Division
                                                  Commercial Litigation Branch
                                                  26 Federal Plaza, Room 346
                                                  New York, New York 10278
                                                  Attorneys for Defendant
                                                  (212) 264-0482 or 9230

Dated: November 4, 2021